Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN LANGLEY,** | Case No. 2:17-cv-00281-WBS-EFB |
| Plaintiff, | **ORDER CONTINUING THE JOINT SCHEDULING CONFERENCE** |
| vs. | |
| **HUNT & HENRIQUES, INC.**; DOES 1-10 inclusive, | |
| Defendant. | |

### [PROPOSED] ORDER

The Court hereby continues the Joint Scheduling Conference, currently set for June 5, 2017, to **July 17, 2017 at 1:30 p.m**. A Joint Status Report shall be filed no later than July 3, 2017.

IT IS HEREBY ORDERED

Dated: May 25, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE