Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN LANGLEY,** | Case No. 2:17-cv-00281-WBS-EFB |
| Plaintiff, | **JOINT MOTION OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| vs. | |
| **HUNT & HENRIQUES, INC.**; DOES 1-10 inclusive, | |
| Defendant. | |

Plaintiff, Jordan Langley, and Defendant, Hunt & Henriques, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned matter without prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 11th day of January, 2018

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Stipulation to Dismiss- 1

By: <u>s/Kurtiss Jacobs, Esq.</u><br>
KURTISS JACOBS<br>
Attorneys for Defendant

<u>Signature Certification</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kurtiss Jacobs, counsel for Hunt & Henriques, Inc., and obtained is authorization to affix his electronic signature to this document.

By: <u>s/Todd M. Friedman, Esq.</u><br>
TODD M. FRIEDMAN<br>
Attorney for Plaintiffs

Filed electronically on this 11th Day of January, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge William B. Shubb
Honorable Magistrate Judge Edmund F. Brennan
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 11th Day of January, 2018

s/Todd M. Friedman, Esq.
  Todd M. Friedman