# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN LANGLEY,** | Case No. 2:17-cv-00281-WBS-EFB |
| Plaintiff, | **ORDER** |
| vs. | |
| **HUNT & HENRIQUES, INC.**; DOES 1-10 inclusive, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed without prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1